**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00476-AB |
| **v.** | **INFORMATION** |
| **TYLER WAYNE FULLER,** | **18 U.S.C. § 751(a)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Escape from Custody)**
**(18 U.S.C. § 751(a))**

On or about July 31, 2025, in the District of Oregon, defendant **TYLER WAYNE FULLER**, having been lawfully committed to the custody of the Attorney General of the United States by virtue of the judgment of the United States District Court for the District of Oregon on September 17, 2019, in Case No. 6:17-CR-00348-MC-1, after having been convicted of Bank Robbery in violation of 18 U.S.C. § 2113(a), escaped from the Attorney General's custody by absconding from the Northwest Regional Reentry Center, an institutional facility in which he was to be lawfully confined at the direction of the Attorney General;

In violation of Title 18, United States Code, Section 751(a).

Dated: November 18, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Nicholas D. Meyers*
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorney